UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAID LATEEF,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MADERA, et al,<br><br>　　　　　　Defendants. | 1:16-cv-01488 DAD-SKO<br><br>NEW CASE NUMBER:<br><br>**1:16-cv-01488 SKO**<br><br>**ORDER REASSIGNING CASE** |

All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1), (Doc. Nos. 24, 25). Accordingly, this court reassigns this action to the docket of United States Magistrate Judge Sheila K. Oberto for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:16-cv-001488 SKO**

IT IS SO ORDERED.

Dated: __**April 28, 2017**__　　　　　　　　　　_/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1