# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNAID LATEEF,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF MADERA, et al.,<br><br>        Defendants. | Case No. 1:16-cv-01488-SKO<br><br>**ORDER GRANTING PARTIES' REQUEST TO STAY CASE**<br><br>**(Doc. 28)** |

Before the Court is the parties' joint Stipulation and Order to Stay Action (the "Request"), in which the parties request to stay this case pending the resolution of a related case—Case No. MCV 072672 in Madera County Superior Court (the "Related Case").[1] (Doc. 28.) For good cause shown, the Court GRANTS this Request. (*See id.*) Accordingly, the Court STAYS this case pending the resolution of the Related Case. The Court further ORDERS that, within 21 days of the final resolution of the Related Case, the parties shall jointly (1) file a request to end the stay in this case; or (2) notify the Court of the settlement of this matter.

IT IS SO ORDERED.

Dated: **May 22, 2017**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Request is not signed by a Defendant in this action—Madera City Council. (*See* Doc. 28.) However, Defendant Madera City Council notified the Court on May 18, 2017 that it "agree[s] to the stay of this action." (Doc. 30.) As such, all parties who have appeared in this case are in agreement regarding the Request.